IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01814-REB-MJW

JOSE MENDEZ PALOMEQUE,

    Plaintiff,

v.

ALBERTO GONZALEZ, U.S. Attorney General,
PAUL NOVAK, District Director,
DOUGLAS MAURER, Field Director, and
U.S. DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

---

MINUTE ORDER[1]

---

    The Petition for Issuance of an <u>Emergency</u> Temporary Restraining Order [#5], filed September 18, 2006, is STRICKEN for failure to comply with REB Civ. Practice Standard V.A.1., and Electronic Case Filing Procedure (Civil Cases) V.C.1.

Dated: September 18, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.