# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01814-REB-MJW

JOSE MENDEZ PALOMEQUE,

    Plaintiff,

v.

ALBERTO GONZALEZ, U.S. Attorney General,
JOHN SAMPSON, Deportation Officer (ICE),
DOUGLAS MAURER, Field Director, and
U.S. DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

---

## MINUTE ORDER[1]

---

    Based on the court's Minute Order [#25], entered November 3, 2006, and without intending to interfere with the calendar of Magistrate Judge Watanabe, the Joint Motion to Vacate November 7, 2006 Scheduling Conference, September 19, 2006 Order (Doc. 10), and the Requirements Contained in the Order (Doc. 10) [#26], filed November 3, 2006, is GRANTED.  The Rule 16 Conference set on Judge Watanabe's calendar for November 7, 2006, at 9:30 is VACATED.

Dated:  November 3, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.