**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01814-REB-MJW

JOSE MENDEZ PALOMEQUE,

    Applicant,

v.

ALBERTO GONZALEZ, U.S. Attorney General,
JOHN SAMPSON, Deportation Officer (ICE),
DOUGLAS MAURER, Field Director, and
U.S. DEPARTMENT OF HOMELAND SECURITY,

    Respondents.

**ORDER**

**Blackburn, J.**

This matter is before me on the applicant's Motion to Modify Order [#23], filed November 1, 2006.[1] The respondents have filed a response [#24], filed November 2, 2006. On the terms outlined below, the motion is granted.

On September 21, 2006, I entered an Order to Answer Within Three Days [#12]. In that order, I ordered that the "applicant shall remain in custody and within the jurisdiction of this court until further order." The applicant is in the custody of U.S. Immigration and Customs Enforcement (ICE). The applicant asks that I amend my September 21, 2006, order to permit him to be released on an ICE order of supervision, on terms determined by ICE. The respondents do not oppose this request as long as

---

[1] As the respondents have noted, counsel for the applicant failed to confer with counsel for the respondents before filing this motion, and failed to report the result of such efforts in the motion, as required by D.C.COLO.LCivR 7.1. Henceforth, counsel shall comply with the with this requirement of the Local Rules, as well as all other requirements of the Local Rules and Practice Standards of this court.

my amended order permits ICE to release the applicant on an order of supervision, but does not require ICE to release the applicant on an order of supervision.

**THEREFORE, IT IS ORDERED** as follows:

1. That the applicant's Motion to Modify Order [#23], filed November 1, 2006, is **GRANTED**;

2. That my Order to Answer Within Three Days [#12], filed September 21, 2006, is **AMENDED** to permit U.S. Immigration and Customs Enforcement, at its sole discretion, to release the applicant, Jose Mendez Palomeque, from custody on an order of supervision entered and supervised by U.S. Immigration and Customs Enforcement;

3. That the terms of any order of supervision shall be determined solely by U.S. Immigration and Customs Enforcement; and

4. That my Order to Answer Within Three Days [#12], filed September 21, 2006, otherwise shall remain in **FULL FORCE AND EFFECT**.

Dated November 3, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**