IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01814-REB-MJW

JOSE MENDEZ PALOMEQUE,

    Plaintiff,

v.

ALBERTO GONZALEZ, U.S. Attorney General,
JOHN SAMPSON, Deportation Officer (ICE),
DOUGLAS MAURER, Field Director, and
U.S. DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Joint Motion To Dismiss by Stipulation of the Parties** [#30], filed January 25, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Motion To Dismiss by Stipulation of the Parties** [#30], filed January 25, 2007, is **GRANTED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 25, 2007, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                 s/ Robert E. Blackburn
                                                 **Robert E. Blackburn**
                                                 **United States District Judge**